UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATTI VALLIERE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MOHAMED S. CAMARA, et al.,<br><br>Defendants. | 2:07-CV-1356 JCM (PAL)<br><br>Date:     N/A<br>Time:    N/A |

**ORDER**

Presently before the court is defendants' motion to dismiss (Doc. # 30), filed on December 28, 2007. To date, plaintiffs have not filed an opposition.

Plaintiffs initiated this case on October 9, 2007, alleging, among other things, breach of contract, fraud, intentional infliction of emotional distress, and liability under the alter ego doctrine.

Under Local Rule 7-2(b), points and authorities in response to a motion "shall be filed and served by an opposing party fifteen (15) days after service of the motion." "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." LR 7-2(d).

A review of the file indicates that plaintiffs have failed to respond to defendants' motion to dismiss. Furthermore, weighing the factors identified in *Ghazali v. Moran*, 46 F.3d 52 (9th Cir. 1995), the court finds that defendants' motion is meritorious because plaintiffs failed to allege complete diversity of citizenship.

**James C. Mahan**
**U.S. District Judge**

1   UPON CONSIDERATION of the defendants' motion to dismiss (Doc. # 30), the
2   memorandum of points and authorities, and the papers and pleadings on file in this matter,
3   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendants' motion
4   (Doc. # 30) be, and the same hereby is, DENIED.
5   DATED this 18th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**